AO 440 (Rev. 05/00) Summons in a Civil Action　　　　　　　　　　　　　　65100/1133LIT-4764

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

JAMES T. SULLIVAN, not individually but as Trustee of
PLUMBERS' PENSION FUND, LOCAL 130, U.A., et al.,

　　　　Plaintiff,

V.

GUS RIZAKOS d/b/a G. B. PLUMBING

　　　　Defendant.

CASE NUMBER: **08 C 1039**

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE NORGLE
MAGISTRATE JUDGE MASON**

TO: (Name and address of Defendant)

Gus Rizakos
7000 LeClaire Avenue
Skokie, Illinois 60077

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

```
Douglas A. Lindsay
John W. Loseman
Brian T. Bedinghaus
Lisa M. Simioni
Lewis Overbeck & Furman, LLP
20 N. Clark Street, Suite 3200
Chicago, Illinois 60602
```

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_(signature)_
(By) DEPUTY CLERK

February 20, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE: March 4'th, 2008 |
| NAME OF SERVER (PRINT): Philip M. Ducar | TITLE: Special Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

XXX Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Left the Summons and the Complaint with Mrs. LuLa Rizakos, the wife of Mr. Gus Rizakos, the defendant, d/b/a G.B. Plumbing. Service was effected at the Rizakos residence at 7000 N. LeClaire Ave., in Skokie, Ill., at the hour of 10:15 a.m., on March 4'th, 2008.

☐ ~~Returned unexecuted~~:

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on March 4'th, 2008
Date       Signature of Server

Post Office Box # 911
Tinley Park, Illinois 60477

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.